PROB 12C
(6/96)

# United States District Court

for

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Luis Guevara-Gonzalez                    Case Number: 1:18CR00169(01)LY

Name of Sentencing Judicial Officer:  Honorable Lee Yeakel, United States District Judge

Date of Original Sentence:  December 19, 2019

Original Offense:  Illegal Re-Entry into the United States, in violation of 8 USC § 1326

Original Sentence: Time served (528 days), followed by 3 years of supervised release

Type of Supervision:  Supervised Release    Date Supervision Commenced:  December 19, 2019

Assistant U. S. Attorney: Grant Sparks                       Defense Attorney: John Stephen Toland

---

## PREVIOUS COURT ACTION

None

## PETITIONING THE COURT

[X]  To issue a warrant                [ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Mandatory Condition No. 1:** "The defendant shall not commit another federal state, or local crime during the term of supervision."

**Violation of Standard Condition No. 17:** "If the defendant is excluded, deported, removed upon release on probation or supervised release, the term of supervision shall be non-reporting term of probation or supervised release. The defendant shall not illegally re-enter the United States. If the defendant if released from confinement or not deported, or lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office."

Luis Guevara-Gonzalez
Petition for Warrant for
Offender Under Supervision
Page 2

**Nature of Noncompliance**: According to the incident report filed in this case, on January 9, 2021, APD officers conducted a traffic stop on a vehicle being operated by the defendant, a citizen of Mexico, after officers observed the defendant commit a traffic violation. When the defendant opened the driver's side door, officers noticed an opened alcohol container and what appeared to be spilled beer throughout the driver's side floorboard. During questioning, the defendant repeatedly identified himself as Antonio Gonzalez, as he was unable to provide officers with a valid form of identification. After a record check revealed his true identity, he was immediately arrested. The record check further revealed the defendant had been formally removed from the United States to Mexico on or about February 5, 2020, following a conviction for Illegal Re-Entry into the United States, in the Western District of Texas, Austin Division. The defendant was charged with Failure to Identify, and this case currently remains pending in the Travis County Court at Law No. 8, under Docket No. C-1-CR-21-200267. On January 12, 2021, the defendant was transferred from state custody to federal custody to face new federal immigration charges, as he currently remains in federal custody.

At the time of the incident noted above, the defendant was serving a non-reporting term of supervised release for the offense of Illegal Re-Entry into the United States, Docket No. 1:18CR00169(01)LY.

**U. S. Probation Officer Recommendation:** The term of supervision should be revoked.

Approved by,

_____
Russ G. Wiedenmeyer
Supervising U.S. Probation Officer

Respectfully submitted,

_____
Alejandro Ramos, Jr.
U.S. Probation Officer
Date: January 14, 2021

Received by,

_____
Grant Sparks
Assistant U.S. Attorney

☒ recommend      ☐ does not recommend      Justification:_____

Luis Guevara-Gonzalez
Petition for Warrant for
Offender Under Supervision
Page 3

===========================================================================

**THE COURT ORDERS:**

[ ] No Action

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Other

_____
Honorable Susan Hightower
U.S. Magistrate Judge

  January 15, 2021                  
Date